```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 09873
  THOMAS MARRS
  MARY E MARRS                                 CHAPTER 13

                                               JUDGE: JOHN H SQUIRES
          Debtor
  SSN XXX-XX-6918     SSN XXX-XX-6983

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/12/04 and confirmed on 05/21/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   43779.56 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK | CURRENT MORTG | .00 | .00 | .00 |
| US BANK | MORTGAGE ARRE | 23306.16 | .00 | 23306.16 |
| TCF NATIONAL BANK | SECURED | .00 | .00 | .00 |
| TCF NATIONAL BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2476.98 | 474.15 | 2476.98 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1440.06 | 252.43 | 1440.06 |
| CAPITAL ONE FINANCIAL | UNSECURED | 1351.18 | 265.42 | 1351.18 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7701.73 | 1474.30 | 7701.73 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1559.08 | 289.18 | 1559.08 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 23306.16 | .00 | 14529.03 | .00 | 37835.19 |
| PRINCIPAL PAID | 23306.16 | .00 | 14529.03 | .00 | 37835.19 |
| INTEREST PAID | .00 | .00 | 2755.48 | .00 | 2755.48 |
| TOTAL PAID | 23306.16 | .00 | 17284.51 | .00 | 40590.67 |

```
The Debtor's attorney, ARNOLD KAPLAN LTD                  , was allowed $    2200.00
and was paid $    806.00  direct and $    1394.00  through the plan.

The Trustee received $   1792.75 .

Refunds to the Debtor totaled $       2.14 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 01/09/08                        /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 09873 THOMAS MARRS & MARY E MARRS